**Keith KELLY, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**No. WD 64834.**

Missouri Court of Appeals, Western District.

Nov. 22, 2005.

Keith Kelly, Pro Se, Pacific, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun Mackelprang, Office of Attorney General, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Keith Kelly appeals the circuit court's judgment granting the Department of Correction's motion for summary judgment. We affirm. Rule 84.16(b).